**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOSEPH MICHAEL DEVON ENGEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 4:20-cv-01896-SEP |
| | ) | |
| DESOTO VILLAS NURSING HOME, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

Before the Court is self-represented Plaintiff Joseph Michael Devon Engel's post-dismissal "Amended Petition Motion," Doc. [4], construed as a motion to reopen.  Plaintiff, who is subject to the three-strikes provision of 28 U.S.C. § 1915(g), has "knowingly and persistently engaged in litigation practices that amount to abuse of the judicial process."  *Engel v. Jefferson Cnty. Sheriff Dep't*, 2021 WL 4133791, at *3 (E.D. Mo. Sept. 10, 2021).  He alleges that his grandmother suffered nursing home abuse, which he characterizes as cruel and unusual punishment in violation of the Eighth Amendment.  He asks this Court to appoint counsel to represent him in pursuing claims against the nursing home and 31 other Defendants.  These are the same allegations he raised in the Complaint, Doc. [2], which was dismissed more than four years ago for failure to state a claim, frivolity, and maliciousness.

Plaintiff fails to cite any of the factors that might relieve him from the final judgment under Federal Rule of Civil Procedure 60(b).  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's filing titled "Amended Petition Motion," construed as a motion to reopen, Doc. [4], is **DENIED**.

**IT IS FURTHER ORDERED** that, should Plaintiff submit any additional documents in this closed matter, the Clerk of Court shall return them to Plaintiff unfiled.

**IT IS FINALLY ORDERED** that an appeal of this Order would not be taken in good faith.

Dated this 27th day of April, 2026.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE